UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASZ AUF TRAINING FILMS, INC., <br> Plaintiff, <br> v. <br> MANUEL PARRISH, <br> Defendants. | 7.1 Statement <br><br> 07 CV 7021 |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local general Rules 1.9] and to enable District Judges and Magistrates judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No known corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: August 1, 2007

Jennifer Meredith
Attorney Bar Code: JM 4816