UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASZ AUF TRAINING FILMS, INC., <br> Plaintiff, <br> v. <br> MANUEL PARRISH, <br> Defendants. | 07 CV 7021 (PKL) |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law In Support of Plaintiffs' Motion to Amend the Complaint, and upon all prior pleadings and proceedings herein, the undersigned moves this Court, before the Honorable Peter K. Leisure, United States District Court Judge for the Southern District of New York, in the Courthouse located at 500 Pearl Street, New York, New York, 10007:

To allow entry of the Amended Complaint as Exhibit 1 of the Memorandum of Law In Support of Plaintiffs' Motion to Amend the Complaint.

DATED: October 3, 2007

MEREDITH & KEYHANI, PLLC

By: _____

Jennifer Meredith (JM-4816)
Dariush Keyhani (DK-4816)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
(212) 760-0098
(212) 202-3819 Facsimile
Attorneys for Plaintiffs