UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASZ AUF TRAINING FILMS, INC.,<br>Plaintiff,<br><br>v.<br><br>MANUEL PARRISH,<br>Defendants. | 07 CV 7021 (PKL) |

## STIPULATION TO AMEND COMPLAINT; ORDER THEREON

WHEREAS Plaintiff filed its Complaint in this matter on August 6, 2007;

WHEREAS Plaintiff has obtained a copyright registration since the filing of the complaint;

WHEREAS Plaintiff has determined that the Complaint should therefore be amended;

WHEREAS Defendants have consented to Plaintiff amending its Complaint;

THEREFORE the parties hereby stipulate to the filing of the Compliant attached hereto as Exhibit 1.

So Ordered:

Date: _____

                                                    The Hon. Peter K. Leisure
                                                    United States District Judge

So Stipulated:

Date: October 8, 2007    By: _____
                                                Jennifer Meredith
                                                Meredith & Keyhani, PLLC
                                                Attorneys for Plaintiff

Date: October _____, 2007     By:  /s/ Ravi Ivan Sharma
                                   Ravi Ivan Sharma
                                   Law Offices of Ravi Ivan Sharma
                                   Attorneys for Defendant