USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASZ AUF TRAINING FILMS, INC., )
        Plaintiff, )
         )   07 CV 7021 (PKL)
v. )
         )
MANUEL PARRISH, )
Defendants. )
         )

### STIPULATION TO AMEND COMPLAINT; ORDER THEREON

WHEREAS Plaintiff filed its Complaint in this matter on August 6, 2007;

WHEREAS Plaintiff has obtained a copyright registration since the filing of the complaint;

WHEREAS Plaintiff has determined that the Complaint should therefore be amended;

WHEREAS Defendants have consented to Plaintiff amending its Complaint;

THEREFORE the parties hereby stipulate to the filing of the Compliant attached hereto as Exhibit 1.

So Ordered:

Date: 10/09/07

*[signature]*
The Hon. Peter K. Leisure
United States District Judge

Plaintiff's first motion to amend the complaint is hereby dismissed as moot.

So Stipulated:

Date: October 8, 2007   By: *[signature]*
Jennifer Meredith
Meredith & Keyhani, PLLC
Attorneys for Plaintiff

Date: October _____, 2007        By: _____
                                      Ravi Ivan Sharma
                                      Law Offices of Ravi Ivan Sharma
                                      Attorneys for Defendant