AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

PASZ AUF TRAINING FILMS, INC.

v.

MANUEL PARRISH,

**APPEARANCE**

Case Number: 07 CV 7021 (PKL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PASZ AUF TRAINING FILMS, INC.

I certify that I am admitted to practice in this court.

11.13.07
Date

Signature

Lennie Bersh                                LB1794
Print Name                                  Bar Number

Meredith & Keyhani 330 Madison Ave 6th Floor
Address

New York,  New York 10017
City                State                Zip Code

212-760-0098                    212-202-3819
Phone Number                    Fax Number