

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7\9\07

The Law Offices of
**Michael Flynn, PC**
1205 Franklin Avenue, Suite 250
Garden City, N.Y. 11530
Tel: (516) 877-1234  (212) 986-4921
Toll Free: (866) 877-FELA
Fax: (516) 877-1177

# MEMO ENDORSED

Michael Flynn, Esq.

Marc Wietzke, Esq. †

Charles Rock, Of Counsel
David Sutton, Of Counsel

†Also admitted in NJ

Penn Station Office
One Penn Plaza, 36th Fl.

Grand Central Office
100 Park Avenue, 16th Fl.

Connecticut Office
263 Tresser Blvd., 9th Fl.
Stamford, CT 06901

July 2, 2007

Judge Peter K. Leisure
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  DOMINICK FERRANTE V. METRO-NORTH COMMUTER RAILROAD
     06 Civ. 4447 (PKL)

Dear Judge Leisure:

We are plaintiff's counsel in the above-entitled case. I am writing to advise the Court that the parties have agreed upon a settlement of $900,000.00 and request that the Court enter a 30 day Order.

Respectfully submitted,

Michael Flynn

MF:EF
Cc: Jose R. Rios, Esq.
FAX

This action is dismissed with prejudice and
without costs, provided that either party
may reinstate the action within 30 days of
the date hereof if the settlement is not
fully effectuated.
SO ORDERED.                                     7/09/07

                                                USDJ